UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EVARISTUS MACKEY
(26836-034)

VERSUS

RICHARD STALDER

CIVIL ACTION

NO. 05-1012-A

## RULING

The court has carefully considered plaintiff's Notice of Appeal, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 30, 2007 (doc. 22). Plaintiff has filed an objection (doc. 23) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the court certifies that the plaintiff/appellant's proof of mailing is insufficient to establish that he timely filed his Notice of Appeal by depositing same in the institution's internal mail system on or before June 30, 2006, the last day allowable for perfecting an appeal in this case.

Baton Rouge, Louisiana, March 30, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA